IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFF DETEMPLE D/B/A TURNING ) <br> POINT SYSTEMS GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEICA GEOSYSTEMS INC ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE <br><br> NO. 1-09-CV-03272-RTS |

**DEFENDANT LEICA GEOSYSTEMS INC.'S
<u>RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

This case has been remanded to this Court after the Eleventh Circuit Court of Appeals overturned that portion of the Order granting summary judgment to Leica Geosystems Inc. ("Leica") (Dkt. 56) on the ground the sole remaining Count I of Plaintiff Cliff DeTemple d/b/a Turning Point Systems Group's ("Plaintiff") under the Wisconsin Fair Dealership Law ("WFDL") is not barred by the one-year statute of limitations. Dkts. 72, 73. Leica respectfully submits this renewed motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, because it is entitled to judgment as a matter of law based on its alternative ground for summary judgment, which was never ruled on.

As set forth in the accompanying Memorandum, along with the previously submitted LR 56.1.B.(1) statement of undisputed facts (Dkt. 36-2) and supporting declaration of John Bowler (Dkt. 36-3), with exhibits (Dkts. 36-4 to 36-23), Plaintiff's WFDL claim against Leica is based on the unsubstantiated premise that his distribution contract fell within the scope of a "dealership" under the WFDL, Wis. Stat. § 135.02, when, in fact, the undisputed facts demonstrate that no "community of interest" existed between the parties.  Thus, it is impossible for Plaintiff to have had a statutory dealership with Leica within the scope of the WFDL.

For these reasons, Leica is entitled to summary judgment, and the Amended Complaint (Dkt. 8) should be dismissed in its entirety, with prejudice.

Respectfully submitted this 11th day of September, 2014.

By:   /s/ John M. Bowler
John M. Bowler
Georgia Bar No. 071770
**Troutman Sanders LLP**
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
john.bowler@troutmansanders.com

COUNSEL FOR DEFENDANT LEICA GEOSYSTEMS INC.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion has been prepared in Times New Roman 14 font and is in compliance with Local Rule 5.1.

By:   /s/ John M. Bowler
     John M. Bowler
     Georgia Bar No. 071770

     COUNSEL FOR DEFENDANT
     LEICA GEOSYSTEMS INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CLIFF DETEMPLE D/B/A TURNING POINT SYSTEMS GROUP, ) ) ) Plaintiff, ) ) v. ) ) LEICA GEOSYSTEMS INC., ) ) Defendant. ) _____ ) | CIVIL ACTION FILE NO. 1-09-CV-03272-HTW |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2014, the undersigned caused a true and correct copy of the DEFENDANT LEICA GEOSYSTEMS INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT to be served upon counsel of record via the Court's CM/ECF filing system.

By:   /s/ John M. Bowler
       John M. Bowler
       Georgia Bar No. 071770
       **Troutman Sanders LLP**
       600 Peachtree Street, NE, Suite 5200
       Atlanta, Georgia 30308-2216
       Telephone: (404) 885-3000
       Facsimile: (404) 885-3900
       **john.bowler@troutmansanders.com**