**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Cliff DeTemple d/b/a Turning Point Systems Group,   ) ) ) | |
| Plaintiff/Appellant,   ) ) | |
| v.   ) ) | CIVIL ACTION FILE NO. 1-09-CV-3272-RWS |
| Leica Geosystems, Inc.,   ) ) | |
| Defendant/Appellee.   ) | |

**MOTION FOR TAXATION OF COSTS**

Plaintiff Cliff DeTemple d/b/a Turning Point Systems Group requests that costs be taxed against Defendant Leica Geosystems, Inc. for the $505.00 fee for filing the *Notice of Appeal* [Doc. 67]. As shown by the opinion in the appeal [Doc. 72], the Eleventh Circuit Court of Appeals reversed the Court's summary judgment in favor of Defendant/Appellee. Under Federal Rule of Appellate Procedure 39(a)(3),[1] costs are therefore to be taxed against Defendant/Appellee. Under

---

[1] "[I]f a judgment is reversed, costs are taxed against the appellee." FED. R. APP. P. 39(a)(3).

1

Federal Rule of Appellate Procedure 39(c)(4), the fee for filing the notice of appeal is taxable in the district court.[2]

Accordingly, Plaintiff moves for taxation of the $505.00 cost for filing the *Notice of Appeal* against Defendant/Appellee. A bill of costs is attached to this motion as Exhibit A.

Respectfully submitted:

By:   s/William Randal Bryant
John V. Burch, Esq. (GA #094900)
William Randal Bryant, Esq. (GA # 092039)
Bovis, Kyle, Burch, & Medlin LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338
Tel: (770) 391-9100
jburch@boviskyle.com
rbryant@boviskyle.com

*Counsel for Plaintiff Cliff DeTemple d/b/a Turning Point Systems Group*

---

[2] "The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule: . . . (4) the fee for filing the notice of appeal." FED. R. APP. P. 39(e). *See also* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party. . . . The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.").

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I electronically filed this **MOTION FOR TAXATION OF COSTS** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

John M. Bowler, Esq.
Karen E. Sandrik, Esq.
Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

                                            s/William Randal Bryant
                                            William Randal Bryant

Bovis, Kyle, Burch, & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338
Tel: (770) 391-9100
rbryant@boviskyle.com