IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFF DETEMPLE D/B/A TURNING POINT SYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>LEICA GEOSYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:09-cv-03272-RWS |

NOTICE OF ENTRY OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

COMES NOW Lindsay Mitchell Henner of Troutman Sanders LLP, counsel for Defendant Leica Geosystems, Inc. ("Defendant"), and enters her appearance as counsel of record for Defendant.

The Clerk is requested to remove attorney Karen E. Sandrik, formerly an associate of Troutman Sanders LLP, as counsel of record in this case. John M. Bowler should remain listed as lead attorney.

Accordingly, the clerk is requested to direct all future notices, pleadings and correspondence to Leica to (in addition to Mr. Bowler):

>Lindsay Mitchell Henner
>Troutman Sanders LLP
>Bank of America Plaza
>600 Peachtree Street NE
>Suite 5200
>Atlanta, GA 30308
>(404) 885-3000
>lindsay.henner@troutmansanders.com

This 20th day of May, 2015.

>By: */s/ Lindsay Mitchell Henner*
>Lindsay Mitchell Henner
>Georgia Bar No. 272310
>lindsay.henner@troutmansanders.com
>John M. Bowler
>Georgia Bar No. 071770
>john.bowler@troutmansanders.com
>Bank of America Plaza
>600 Peachtree Street NE
>Suite 5200
>Atlanta, GA  30308-2216
>Telephone:404.885.3000
>Facsimile: 404.885.3900
>
>*Attorneys for Defendant*
>*Leica Geosystems, Inc.*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in Times New Roman 14 point font and is in compliance with Local Rule 5.1

By: */s/ Lindsay Mitchell Henner*  
Lindsay Mitchell Henner

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CLIFF DETEMPLE D/B/A TURNING POINT SYSTEMS GROUP,<br><br>      Plaintiff,<br><br>v.<br><br>LEICA GEOSYSTEMS, INC.,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br>1:09-cv-03272-RWS |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2015, the undersigned caused a true and correct copy of the **NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL** to be served upon counsel of record via the Court's CM/ECF filing system.

                                        By:   /s/ *Lindsay Mitchell Henner*
                                                  Lindsay Mitchell Henner
                                                  Georgia Bar No. 272310
                                                  **Troutman Sanders LLP**
                                                  600 Peachtree Street, NE, Suite 5200
                                                  Atlanta, Georgia 30308-2216
                                                  Telephone: (404) 885-3000
                                                  Facsimile: (404) 885-3900
                                                  **lindsay.henner@troutmansanders.com**

25861767