# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:09-cv-03272-RWS**
**Detemple v. Leica Geosystems, Inc.**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 06/30/2015.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 11:40 A.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 1:05               DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: John Bowler representing Leica Geosystems, Inc.
William Bryant representing Cliff Detemple
Lindsay Henner representing Leica Geosystems, Inc.
Paul Hoefle representing Cliff Detemple

PROCEEDING CATEGORY: Pretrial Conference;

MINUTE TEXT: Trial set for 7/6/15.