# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-cv-03272-RWS
### Detemple v. Leica Geosystems, Inc.
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 07/08/2015.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 5:15 P.M.         COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 5:40                                        DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

ATTORNEY(S)        John Bowler representing Leica Geosystems, Inc.
PRESENT:                Lindsay Henner representing Leica Geosystems, Inc.
                             Paul Hoefle representing Cliff Detemple

PROCEEDING
CATEGORY:          Jury Trial Continued;

MINUTE TEXT:      Witnesses sworn and testified: Paula DeTemple, Tony Wilson and
                             Deposition of Robby Dudley. Plaintiff exhibits admitted: 17, 126,
                             156a & b. Defendant exhibit admitted: 17. Plaintiff rest. Defendant's
                             Oral Motion for Rule 50(a) dismissal. Court Denied all claims but
                             reserved ruling on Loss Profit damages.

HEARING STATUS:  Hearing not concluded. Court adjourned and will reconvene at 9:30
                             a.m., on 7/9/15. Jurors excused until the above time under the usual
                             caution of the Court.