# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

1:09-cv-03272-RWS
Detemple v. Leica Geosystems, Inc.
Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 07/09/2015.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:05 P.M.      COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 3:00                   DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Bowler representing Leica Geosystems, Inc.<br>Lindsay Henner representing Leica Geosystems, Inc.<br>Paul Hoefle representing Cliff Detemple |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MOTIONS RULED ON: | [125]Motion for Directed Verdict GRANTED |
| MINUTE TEXT: | Charge conference held. Witness: Tony Wilson continued testimony. Plaintiff exhibits admitted: 50, 303, 304. Defendant exhibits admitted: 83-88. Defendant rest. Plaintiff rebuttal witness: Cliff DeTemple. Defendant Oral Motion for Rule 50(a) as to cause - Court Denied. Parties closing argument. Court charges the jury. Jury deliberations. Jury verdict. All exhibits returned to the parties. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: Plaintiff Directed Verdict as to Defendant's Notice of Termination. Verdict in favor of the Plaintiff and against the Defendant in the amount of $167,000.00 as to Inventory Claim. |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits returned to counsel for both Plaintiff(s) and Defendant(s). |