IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CLIFF DETEMPLE D/B/A TURNING POINT SYSTEMS GROUP, | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:09-CV-03272-RWS |
| v. | : : : | |
| LEICA GEOSYSTEMS INC., | : : | |
| Defendant. | : : | |

## VERDICT

1. Do you find that Plaintiff Cliff DeTemple d/b/a Turning Point Systems Group was a dealer of Leica Geosystems, Inc. under the Wisconsin Fair Dealership Law?

   √ Yes _____ No

   If you answered "No," your deliberations are concluded. If you answered "Yes," proceed to Question 2.

2. Do you find that Leica Geosystems, Inc. violated the Wisconsin Fair Dealership Law by not repurchasing DeTemple's inventory for the fair wholesale value?

√ Yes  \_\_\_\_ No

Proceed to Question 3.

3. Do you find that Leica Geosystems, Inc. had good cause to terminate its relationship with DeTemple?

   √ Yes  \_\_\_\_ No

Proceed to Question 4.

4. Based on the Court's instruction to you concerning damages, state the amount of damages Plaintiff Cliff DeTemple d/b/a Turning Point Systems Group has suffered as a result of Defendant's termination.

   A. Inventory Claim:

   $ 167,000

   B. Lost Profits for Wrongful Termination/Notice:

   $ 0

Date 07/09/2015                    _[signature]_

                                   Foreperson