THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFF DETEMPLE D/B/A TURNING POINT SYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>LEICA GEOSYSTEMS INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>)<br>) NO. 1-09-CV-03272-RWS<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Comes now Plaintiff, Cliff DeTemple, by and through his attorneys, The Schroeder Group, S.C., and for his Motion For Attorneys' Fees and Expenses states as follows:

1. Plaintiff initiated this action on November 20, 2009 seeking damages associated with alleged violations of the Wisconsin Fair Dealership Law.

2. Following the litigation of the matter for several years, the case was tried before a jury beginning on July 6, 2015.

3. At the conclusion of the trial, the jury entered a verdict determining DeTemple was a dealer under the WFDL and awarding damages for the failure to repurchase inventory totaling $167,000.00. [Doc. 129].

4. On July 9, 2015, the Court entered judgment in favor of the Plaintiff and against the Defendant and granted Plaintiff's motion for judgment as a matter of law regarding the Defendant's Notice of Termination. [Doc. #130].

5. The Wisconsin Fair Dealership Law allows for a prevailing plaintiff to recover "the actual costs of the action, including reasonable actual attorney fees." Wis. Stat. 135.06; Lindevig v. Dairy Equip. Co., a Div. of DEC Intern., Inc., 150 Wis. 2d 731, 742, 442 N.W.2d 504, 508 (Wis. App. 1989).

6. The total amount Plaintiff seeks to recover for costs and attorneys' fees currently totals $454,470.72. This amount includes $399,426.25 in attorneys' fees from the Schroeder Group, S.C., $31,374.85 in attorneys' fees from Bovis, Kyle, Burch, & Medlin, LLC, $14,065.75 for reasonable and necessary expenses, and $9,603.87 in fees and expenses from Regas, Frezados & Dallas LLP for legal services associated with the initial filing of the claims.

7. For the reasons more fully set forth in the accompanying Brief in Support of this motion, this amount reflects the time spent on reasonable and necessary tasks associated with the litigation billed at a reasonable hourly rate.

8. In further support of this Motion, Plaintiff offers the Affidavits of Paul R. Hoefle, John P. Yentz, W. Randal Bryant, and Cliff DeTemple.

9. Pursuant to Local Rule 54.2, Plaintiff requests he be allowed to supplement the documents accompanying this motion to include the fees

associated with preparing the motion. See Weissinger v. Murray, CIV.A.106-CV-1544-TW, 2009 WL 1971612, at *6 (N.D. Ga. July 2, 2009).

WHEREFORE, Plaintiff respectfully requests this Court enter an order awarding Plaintiff $454,470.72 for costs and attorneys' fees incurred in the course of litigation, plus an additional amount reflecting reasonable attorneys' fees associated with the preparation of this Motion, as well as any other relief the Court deems just and equitable under the circumstances.

Dated this 23rd day of July, 2015.

THE SCHROEDER GROUP, S.C.,
ATTORNEYS AT LAW

   /s/ Paul R. Hoefle
Paul R. Hoefle, Esq.
20800 Swenson Drive, Suite 475
Waukesha, WI 53186
(262) 754-1306
(262) 798-8232 (facsimile)
prh@tsglaw.com

BOVIS, KYLE, BURCH & MEDLIN, LLC

   /s/ W. Randal Bryant
John V. Burch, Esq.
W. Randal Bryant, Esq.
200 Ashford Center North, Suite 500
Atlanta, GA 30338
(678) 338-3903
(770) 668-0878 (facsimile)
jvb@boviskyle.com
rbryant@boviskyle.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion has been prepared in Times New Roman 14 font and is in compliance with Local Rule 5.1.

        THE SCHROEDER GROUP, S.C.,
        ATTORNEYS AT LAW

        /s/ Paul R. Hoefle
        Paul R. Hoefle, Esq.
        Crossroads Corporate Center
        20800 Swenson Drive, Suite 475
        Waukesha, WI 53186
        (262) 754-1306
        (262) 798-8232 (facsimile)
        prh@tsglaw.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF systems which will automatically send email notification of such filing to the all attorneys of record.

DATED: July 23, 2015

        /s/ Paul R. Hoefle
        Paul R. Hoefle
        Counsel for Plaintiff